```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                           CAMDEN VICINAGE
```

| | |
|---|---|
| PAUL DAVIS and LOIS DAVIS,<br><br>       Plaintiffs,<br><br>   v.<br><br>ROYAL CARIBBEAN CRUISES, LTD.<br>t/a ROYAL CARIBBEAN<br>INTERNATIONAL,<br><br>       Defendant. | Civil No. 08-4070-JHR-AMD |

### SCHEDULING ORDER

This Matter having come before the Court by way of letter request dated August 19, 2008 from Jeffrey P. Resnick, Esquire, for an Order rescheduling the September 30, 2008 initial scheduling conference; and for good cause shown:

IT IS this **21st** day of **August 2008**, hereby **ORDERED**:

1. The September 30, 2008 initial scheduling conference is **RESCHEDULED** to **October 2, 2008 at 2:45 P.M.** before the undersigned in Room 2010, Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey.

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez